**Attorney Debt Reset, Inc.**
Jeremy G. Winter, SBN 245631
Robert S. Gimblin, SBN 272044
1300 Ethan Way, Ste 125
Sacramento, CA 95825
Tel:  916-446-1791
Fax: 916-446-1742

Attorney for Plaintiff
ANDREA RENEE ADAMS

**Aimee R. Morris, Esq., SBN 141699**
8996 Miramar Road, Ste 220
San Diego, CA 92126
Tel:     (800)905-2546
Fax:    (858)207-6954

Attorney for Defendant
POWELL LAW OFFICE, P.C.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ANDREA RENEE ADAMS,<br><br>Plaintiff,<br><br>vs.<br><br>POWELL LAW OFFICE, P.C.,<br><br>Defendants. | **CASE NO. 2:11-CV-02061-GEB-DAD**<br><br>**STIPULATION TO GIVE DEFENDANT POWELL LAW OFFICE, P.C., AN EXTENSION OF TIME IN WHICH TO FILE RESPONSIVE PLEADING(S)** |

   IT IS HEREBY STIPULATED by and between Plaintiff, ANDREA RENEE ADAMS, by and through her attorneys of record, Robert S. Gimblin, Esq., of Attorney Debt Reset, Inc. ("Plaintiff"), and Defendant POWELL LAW OFFICE, P.C. through Defendant's attorney of record, Aimee R. Morris, Esq. ("Defendant") that Defendant may have through September 2, 2011, to file responsive pleading(s)

Dated:  August 30, 2011              /s/  Robert S. Gimblin_____
                                                    Robert S. Gimblin, Esq.
                                                    Attorney for Plaintiff
                                                    ANDREA RENEE ADAMS

---
1
ANSWER                                                                                             Case No. 2:11-CV-02061-GEB-DAD

Dated:  September 1, 2011         /s/  Aimee R. Morris
                                  Aimee R. Morris, Esq.
                                  Attorney for Defendant
                                  POWELL LAW OFFICE, P.C.

### ORDER

IT IS HEREBY ORDERED that the Defendant POWELL LAW OFFICE, P.C., may have through September 2, 2011, to file responsive pleading(s).

Dated: September 1, 2011          _____
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge