**ATTORNEY DEBT RESET, INC.**
Jeremy G. Winter, SBN 245631
1300 Ethan Way, Ste. 125
Sacramento, CA 95825
Telephone: 916-446-1791
Facsimile: 916-446-1742

Attorneys for Plaintiff(s)

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ANDREA RENEE ADAMS,<br><br>                          Plaintiff(s),<br><br>v.<br><br>POWELL LAW OFFICE, P.C.<br><br>                          Defendant(s). | Case No. **2:11-CV-02061-GEB-DAD**<br><br>**JOINT NOTICE REGARDING SETTLEMENT AND REQUEST FOR ORDER REMOVING CURRENT DEADLINES AND FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**<br><br>Judge: **GARLAND E. BURRELL, JR.** |

## NOTICE OF SETTLEMENT

Plaintiff ANDREA RENEE ADAMS and Defendant POWELL LAW OFFICE, P.C. (collectively, "the Parties"), hereby notify the Court that the Parties have reached settlement of the above-entitled matter.  The Parties hereby request that the Court vacate all pending due dates and hearings and dismiss this action with prejudice.

////

////

**Respectfully Submitted,**

-1-

1    Dated:  May 15, 2012                    **Attorney Debt Reset**
                                             Jeremy G. Winter
2

3
                                             By:   /s/ Jeremy G. Winter
4                                                  Jeremy G. Winter
                                                   Attorney for Plaintiff
5                                                  ANDREA RENEE ADAMS

6

7    Dated:  May 15, 2012                    ~~Annette Powell~~ *AIMEE MORRIS*

8

9
                                             By:   /s/ ~~Annette Powell~~ *Aimee Morris*
10                                                 ~~Annette Powell~~ *Aimee Morris*
                                                   On behalf of:
11                                                 Powell Law Office, P.C.

12

13

14                          **[PROPOSED] ORDER**

15        Pursuant to the foregoing Stipulation, and good cause appearing, all dates and

16   hearings are hereby vacated and the case is hereby dismissed with prejudice.

17        **IT IS SO ORDERED.**

18   _____, 2012

19

20
                                        _____
21                                      GARLAND E. BURRELL, JR.
                                        United States District Court
22

23

24

25

                                        -2-

**ATTORNEY DEBT RESET, INC.**
Jeremy G. Winter, SBN 245631
1300 Ethan Way, Ste. 125
Sacramento, CA 95825
Telephone: 916-446-1791
Facsimile: 916-446-1742

Attorneys for Plaintiff(s)

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ANDREA RENEE ADAMS,<br><br>                          Plaintiff(s),<br><br>v.<br><br>POWELL LAW OFFICE, P.C.<br><br>                          Defendant(s). | Case No. **2:11-CV-02061-GEB-DAD**<br><br>**JOINT NOTICE REGARDING SETTLEMENT AND REQUEST FOR ORDER REMOVING CURRENT DEADLINES AND FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**<br><br>Judge: **GARLAND E. BURRELL, JR.** |

## NOTICE OF SETTLEMENT

Plaintiff ANDREA RENEE ADAMS and Defendant POWELL LAW OFFICE, P.C. (collectively, "the Parties"), hereby notify the Court that the Parties have reached settlement of the above-entitled matter. The Parties hereby request that the Court vacate all pending due dates and hearings and dismiss this action with prejudice.

////

////

**Respectfully Submitted,**

-1-

Dated:  May 15, 2012

**Attorney Debt Reset**
Jeremy G. Winter


By:   /s/ Jeremy G. Winter
Jeremy G. Winter
Attorney for Plaintiff
ANDREA RENEE ADAMS


Dated:  May 15, 2012

~~Annette Powell~~   *AIMEE MORRIS*


By:   /s/ ~~Annette Powell~~   *Aimee MORRIS*
~~Annette Powell~~   *AIMEE MORRIS*
On behalf of:
Powell Law Office, P.C.


## [PROPOSED] ORDER

Pursuant to the foregoing Stipulation, and good cause appearing, all dates and hearings are hereby vacated and the case is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

_____, 2012


_____
GARLAND E. BURRELL, JR.
United States District Court

JOINT NOTICE OF SETTLEMENT/REQUEST FOR DISMISSAL WITH PREJUDICE; PROPOSED ORDER